IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

**MICHAEL BUCKNER, MICHAEL O. MCKOWN, PAUL PICCOLINI, and CARLO TARLEY, as Trustees of the UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN,**

    **Plaintiffs,**

v.                                          Case No.: 3:21-cv-00374

**KEYROCK ENERGY, INC.,**

    **Defendant.**

## JUDGMENT ORDER

In accordance with the accompanying Memorandum Opinion and Order granting Plaintiffs' Motion for Summary Judgment, the Court **ORDERS** as follow:

(1) Judgment is **ENTERED** in favor of Plaintiffs in the amount of **$657,625.06**, as set forth in the opinion and order;

(2) Plaintiffs shall submit appropriate calculations and declarations for amounts accrued after August 15, 2022 through **November 30, 2022**, when the submission is due;

(3) Plaintiffs are awarded reasonable attorneys' fees and costs and shall submit an affidavit and any supporting documentation on or before **November 30, 2022;** and

(4) Defendant shall have through and including **December 16, 2022** in which to object to the calculations, declarations, affidavits, and documentation submitted by Plaintiffs in support of their additional amounts accrued and attorneys' fees.

The Clerk is directed to provide a copy of this Judgment Order to counsel of record.

**ENTERED:** November 4, 2022

_____
Cheryl A. Eifert
United States Magistrate Judge